IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHANE ALBERT RICHARDS                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 5:11-cv-7-DCB-RHW

UNKNOWN CALLAHAN, et al.                                    DEFENDANTS


<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and that Plaintiff Shane Albert Richards' Motion [19] to Dismiss is granted and the complaint is dismissed without prejudice.

    A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the <u>12th</u> day of July, 2012.


                                      s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE